FILED
October 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003845810

**2**
TRUDI G. MANFREDO, Bar No. 166474
Chapter 7 Trustee
575 East Alluvial, Suite 103A
Fresno, California 93720
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 11-12715-A-7 |
| CONCEPCION MORA and MARIA MORA, aka CONCEPCION T. MORA, AKA CONCEPCION J. MORA, aka MARIA DEL CONSUELO TORRES DE MORA, aka CONSUELO MORA, | DC#: TMT-4 |
| | Date: November 16, 2011 |
| | Time: 9:00 a.m. |
| | Dept. A, Courtroom 11, Fresno |
| Debtors | The Honorable Whitney Rimel |

## TRUSTEE'S MOTION FOR AUTHORITY TO SELL THE BANKRUPTCY ESTATE'S INTEREST IN PERSONAL PROPERTY

Trudi G. Manfredo, Chapter 7 Trustee of the above reference bankruptcy estate ("Trustee"), respectfully represents as follows:

1. Trustee is the duly appointed qualified and acting Trustee of the above-referenced bankruptcy estate.

2. Debtor filed under Chapter 7 of the Bankruptcy Code on March 9, 2011, and an order for relief was entered.

3. This Court has jurisdiction over this proceeding under 28 U.S.C. §1334(a). This is a core proceeding under 28 U.S.C.

1

1 §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.
2 Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a) by
3 virtue of the pendency of this case before the Court.

4. Among the assets of this bankruptcy estate is a 2000 Ford Econoline Van ("Personal Property").

5. Trustee has received an offer from Debtors to purchase the non exempt asset for $4,000.00.

6. Trustee has accepted this offer and is currently holding $4,000.00 pending the Court's approval of the sale.

7. In deciding to accept the offer, Trustee believes that this is a fair price for the Personal Property.

8. There will be no tax consequences to the estate as a result of the sale.

9. Trustee believes that the sale of the above-described property is in the best interest of the creditors of this estate and all parties in interest.

WHEREFORE, Trustee prays

1. That the Motion be granted.

2. That the Court issue an order authorizing the sale of the Bankruptcy Estate's interest in the above Personal Property to Debtors for $4,000.00;

3. For such other and further relief as the Court deems just and proper.

DATED: 10-19-11

By /s/ TRUDI G. MANFREDO
Trudi G. Manfredo, Chapter 7
Trustee